## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| RONALD P. BROOM, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 2:08-cv-2881-JDT/egb |
| | ) |
| MARKETPLACE HOLDINGS, INC., | ) |
| et al., | ) |
| | ) |
| Defendants. | ) |

### JOINT MOTION FOR VOLUNTARY DISMISSAL

Come the Plaintiff and the Defendants Marketplace Holdings, Inc. and Collis Foods, Inc., pursuant to Rule 41(b) of the *Federal Rules of Civil Procedure* and request that the Court dismiss the Defendants Marketplace Holdings, Inc. and Collis Foods, Inc. with prejudice.

The parties would show unto the Court that River Waffles, LLC was the Plaintiff's statutory employer at all times material. Furthermore, the Court has granted Plaintiff's Motion to Amend to add River Waffles, LLC as a party Defendant by Order entered April 3, 2009. Therefore, the dismissal of Defendants Collis Foods, Inc. and Marketplace Holdings, Inc. will remove improper parties from this cause and will resolve all issues of misjoinder or unnecessary parties to this cause.

                 Respectfully submitted:

              By: s/Ronald P. Broom[1]_____
                 Ronald P. Broom
                 *Pro se*
                 5640 Fallinbark Drive
                 Memphis, TN 38134

---

[1] Counsel for Defendants Collis Foods, Inc. and Marketplace Holdings, Inc. has the express, written permission of the Plaintiff to submit this Joint Motion and the Agreed Order to the Court.

By:   s/Joe E. Manuel
      Joe E. Manuel, BPR #06119
      Attorney for Defendants
      240 Forest Avenue, Suite 301
      Chattanooga, TN 37405
      (423) 266-3535
      jem@joemanuel.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of this pleading has been filed electronically and served upon all parties listed below either electronically or by United States Mail, addressed to said parties, with sufficient postage to carry the same to its destination this 3rd day of April, 2009.

        Mr. Ronald P. Broom
        5640 Fallinbark Drive
        Memphis, TN 38134

By:   s/Joe E. Manuel
       Joe E. Manuel, BPR #06119
       Attorney for Defendants
       240 Forest Avenue, Suite 301
       Chattanooga, TN 37405
       (423) 266-3535
       jem@joemanuel.com