# United States District Court
### WESTERN DISTRICT OF TENNESSEE
### Eastern Division

## JUDGMENT IN A CIVIL CASE

RONALD P. BROOM,
Plaintiff,

v.

Civ. No.:   2: 08-2881-JDT/egb

RIVER WAFFLES, LLC,
Defendants.

**Decision by Court.**  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

   **IT IS ORDERED AND ADJUDGED** that in accordance with the order entered in the above-styled matter on 11/18/09, the Defendant's motion for summary judgment is **GRANTED**.

**APPROVED:**

                              s/James D. Todd
                              JAMES D. TODD
                              UNITED STATES DISTRICT JUDGE


**THOMAS M. GOULD**
**CLERK**

**BY: s/Cassandra Ikerd**
**DEPUTY CLERK**